

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00144-CR
### No. 10-19-00145-CR

**MARQUEZ DESHAWN LEE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court Nos. 17-05052-CRF-272 & 17-02985-CRM-272

## MEMORANDUM OPINION

Appellant, Marquez Deshawn Lee, has filed motions requesting the dismissal of his appeals in appellate cause numbers 10-19-00144-CR and 10-19-00145-CR. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in these appeals, and appellant and his attorney have personally signed the motions. *See id.* Accordingly, we grant the motions and hereby dismiss appellant's appeals.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeals dismissed
Opinion delivered and filed May 22, 2019
Do not publish
[CR25]

